United States Attorney
ATTN: (Catherine E. Morris)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226-3211

FILED
JUN 05 2025
CLERK'S OFFICE
DETROIT

24-20247

If no petitions are received within the time provided by this notice, the above-listed property will be disposed of by the United States in accordance with the applicable statutes.

I Matthew Siebert declare this,

One (1) Sig Sauer 9mm caliber pistol, model: P320,

Ser No: 58H350135

Under the penalty of perjury. I own this

gun and it was stolen from me years ago. LMPD (Louisville metro police department) should have an open case for this theft. Please call me at,

502-641-9484

I recived this mail 30 days ago.

X Matthew Siebert

under the penalty of perjury.



U.S. Department of Justice

United States Attorney's Office
Eastern District of Michigan

*Catherine E. Morris*
Assistant United States Attorney

211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Telephone: (313) 226-9562
Facsimile: (313) 226-3800
E-Mail: Catherine.Morris@usdoj.gov

*VIA CERTIFIED MAIL*

April 29, 2025

Matthew Siebert
4107 Cedar Creed Ct
Floyds Knobs, IN 47119

Re: U.S. vs. Daiquan Deontez Ousley,
Case No. 24-cr-20247

Dear Matthew Siebert:

Enclosed, please find copies of the following documents: **Notice of Preliminary Order of Forfeiture** and **Certificate of Service** relating to the above captioned case.

You are receiving these documents because you may have a legal interest as to the property listed in the attached Notice of Preliminary Order of Forfeiture. If you feel that you have a legal interest in any of the property, please follow the directions on the enclosed Notice of Preliminary Order of Forfeiture. **Please note that any petition you file claiming an interest in the property must be signed under penalty of perjury**. If you do not feel that you have an interest in the property, you do not need to take any further action. The property has already been forfeited to the government and will be disposed of accordingly after the noted deadlines have passed.

If you have any further questions regarding these documents, please feel free to contact our office.

Sincerely,

Julie A. Beck
Acting United States Attorney

Catherine E. Morris
Assistant U.S. Attorney

Heather J. Cosme
FSA Contract Paralegal

Enclosures

S/Catherine E. Morris
Catherine E. Morris (P84371)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9562
Catherine.Morris@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,           Case No. 24-cr-20247
                                               Honorable Nancy G. Edmunds

vs.

Daiquan Deontez Ousley,

               Defendant.

---

### Certificate of Service

---

It is hereby certified that service of the **Notice of Preliminary Order of Forfeiture** and this **Certificate of Service** has been made on April 29, 2025, upon the following by certified mail:

Gregory Chaney
XXX Prince George Ct
Barboursville, WV 25504

Ulysses Evans
XXX Thunder Ridge Ct.
Clinton Township, MI 48038

Sirdavid Johnigan
XXX W Main St
Louisville, Kentucky 40212

Sirdavid Johnigan
XXX Lindsay St
Detroit, MI 48235

Sirdavid Johnigan
XXX Fielding St
Detroit, MI 48228

Carson Phelps
XXX Beaverland
Redford, MI 48239

Rose Rodgers
XXX Harlow
Detroit, MI 48235

Terri Rodgers
XXX Harlow
Detroit, MI 48235

Matthew Siebert
XXX Cedar Creed Ct
Floyds Knobs, IN 47119

## NOTICE OF STIPULATED PRELIMINARY ORDER OF FORFEITURE

This is an advertisement required by Title 21 U.S.C. § 853(n).

<u>UNITED STATES V. Daiquan Deontez Ousley,</u>
Criminal No. 24-cr-20247

     In the District Court of the United States for the Eastern District of Michigan, Southern Division, notice is hereby given that on April 10, 2025, a Stipulated Preliminary Order of Forfeiture was entered by the United States District Court forfeiting to the United States of America and its assignees interest in the following property:

Miscellaneous Firearms, Magazines and Ammunition (24-FBI-009073), including the following items:

One (1) Glock 9mm caliber pistol, Model: 26 Gen4, Ser No: ACGA068US;
One (1) magazine loaded with one (1) loose round, Ser No: N/A;
One (1) box of an unknown amount of .45 caliber ammunition, Ser No: N/A;
One (1) Glock 9mm magazine, Ser No: N/A;
One (1) 7.62 caliber ammunition, Ser No: N/A;
One (1) Romanian-Cugir 7.62x39mm caliber AK pistol, Model: Mini Draco, Ser No: PD-9213-2017 RO;
Two (2) magazines loaded with an unknown amount of ammunition, taped together, Ser No: N/A;
One (1) FN 5.7x28 caliber pistol, Model: Five-seveN, Ser No: 386400576;
One (1) Sig Sauer 9mm caliber pistol, Model: P320, Ser No: 58H350135;
One (1) magazine with an unknown amount of ammunition, Ser No: N/A;
One (1) 5.7x28mm magazine, Ser No: N/A

     Any person who wishes to assert a legal interest in the above-listed property may, within 30 days of the final publication of this notice, or of the receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of said interest. The petition shall be signed by the petitioner under the penalty of perjury and shall set forth: (1) the nature and extent of the petitioner's right, title or interest to the above-listed property; (2) the time and circumstances of the petitioners acquisition of the right, title and interest; and (3) any additional facts supporting the petitioner's claim, and the relief sought. The address of the Court is:

                  United States District Court
                  Clerk of the Court
                  Eastern District of Michigan
                  231 W. Lafayette
                  Detroit, Michigan 48226

A copy of the petition must be served on the United States Attorney at the following address:

Matthew Sieber
407 Cedar Creek Ct.
Floyds Knobs, IN 47119

RECEIVED
JUN 05 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

LOUISVILLE KY 400
2 JUN 2025 PM 3 L

48226-279426